New South Building & Loan Association *v.* Gann *et al.*

*Atkinson, J.*—The judgment complained of does not, for any reason assigned in the bill of exceptions, appear to have been erroneous.                    *Judgment affirmed.*

November 15, 1895.

Petition for injunction, etc.    Before Judge Sweat. Glynn county.    July 30, 1895.

*J. D. Sparks,* for plaintiff in error.
*Symmes & Bennet,* contra.